# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON R. SPARKS,

    Plaintiff,

vs.

LARRY TREADWELL, et al.,

    Defendants.

Case No. 2:10-CV-00681-PMP-(LRL)

**ORDER**

       Mail to plaintiff has been returned (#3, #4, #5) with the notations that plaintiff has been paroled and is no longer incarcerated at the Southern Desert Correctional Center. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

       IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

       DATED: June 24, 2010.

_____
PHILIP M. PRO
United States District Judge